Jeffrey A. Udell (JU0411)
OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower,
65 East 55th Street
New York, New York 10022
(212) 451-2300
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 4647
JUDGE LYNCH
JUN 0 1 2007

| | |
|---|---|
| THE BUYING TRIANGLE, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> INFOSYS BPO LIMITED, f/k/a Progeon Limited, <br><br> Defendant. | No. 07 Civ. _____ <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff The Buying Triangle, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

Dated: New, York, New York
       June 1, 2007

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By: _____
    Jeffrey A. Udell (JU0411)
    Raphael Katz (RK6603)
    *Attorneys for Plaintiff*
    Park Avenue Tower
    65 East 55th Street
    New York, New York 10022
    (212) 451-2300

542009-1