UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BUYING TRIANGLE, LLC,

                                            Plaintiff,

-v-

INFOSYS BPO LIMITED, f/k/a
PROGEON LIMITED,

                                            Defendant.

07 Civ. 4647

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF NEW YORK )

        DOUGLAS C. RILEY, being duly sworn, deposes and says:

        1.    I am over the age of eighteen years, I am a licensed Process Server and am not a party to this action.

        2.    On the 4th day of June, 2007, at approximately 2:40 P.M., at the business address of CT CORPORATION SYSTEM, located at 111 EIGHTH AVENUE, 13TH FLOOR, NEW YORK, NEW YORK 10011, I personally served a true and correct copy of the documents described as SUMMONS, COMPLAINT, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES IN CIVIL CASES OF UNITED STATES JUDGE GERARD E. LYNCH, AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ, upon INFOSYS BPO LIMITED, f/k/a PROGEON LIMITED, C/O SABRINA AMBROSE, PROCESS SPECIALIST @ CT CORPORATION SYSTEM, authorized to accept service in the above-entitled action.

        3.    Sabrina Ambrose is an African American female approximately 26 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 165lbs with short black hair and eye glasses.

                                                            _____
                                                             Douglas C. Riley
                                                             Licensed No. 0979833

Sworn to before me this
6th day of June, 2007

_____
Notary Public

FRANK NUNZIO DAGOSTINO
NOTARY PUBLIC, State of New York
No. 01DA4996102
Qualified in New York County
Commission Expires May 11, 2010

AO 440 (Rev. 10/93) Summons in a Civil Action — SDNY WEB 4/99

# United States District Court

Southern                    DISTRICT OF                    New York

THE BUYING TRIANGLE, LLC,

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

INFOSYS BPO LIMITED, f/k/a Progeon Limited,

07 CV 4647

JUDGE LYNCH

TO: (Name and address of defendant)

INFOSYS BPO LIMITED
C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JEFF A. UDELL, ESQ
OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
PARK AVENUE TOWER
65 EAST 55 STREET
NEW YORK, NY 10022

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                                                 JUN 01 2007

CLERK                                                                              DATE

(BY) DEPUTY CLERK