Lynch, T

Marina C. Tsatalis (MT-6494)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel.: (212) 999-5800

*Attorneys for Defendant
Infosys BPO Limited, f/k/a Progeon Limited*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BUYING TRIANGLE, LLC,

    Plaintiff,

v.

INFOSYS BPO LIMITED, f/k/a Progeon Limited,

    Defendant.

ECF Case

Case No. 07 Civ. 4647 (GEL)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties to this action that Defendant Infosys BPO Limited's time to answer, move, or otherwise respond to the above-captioned Complaint is extended from June 25, 2007 to July 16, 2007. This is the first request for an extension of time to respond to the Complaint. Further, the parties agree that Infosys BPO Limited shall raise no objection to the effective service of the Summons and Complaint.

Dated: June 22, 2007

                                               Marina C. Tsatalis (MT-6494)
                                               WILSON SONSINI GOODRICH & ROSATI
                                               1301 Avenue of the Americas, 40th Floor
                                               New York, NY 10019
                                               Tel.:  (212) 999-5800
                                               Fax:  (212) 999-5899

                                               Attorneys for Defendant
                                               Infosys BPO Limited

Dated:   June 22, 2007

_____
Jeffrey A. Udell (JU 0411)
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
Tel.:   (212) 451-2238
Fax:   (212) 451-2222

Attorneys for Plaintiff
The Buying Triangle, LLC

SO ORDERED:

Date: June 25, 2007

_____
Gerard E. Lynch
U. S. D. J.

2