Marina C. Tsatalis (MT-6494)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas
40th floor
New York, NY 10019-6022
Tel.: (212) 999-5800
Fax: (212) 999-5899

Attorneys for Defendant
Infosys BPO Limited

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BUYING TRIANGLE, LLC, <br><br> Plaintiff, <br> -against- <br><br> INFOSYS BPO LIMITED, f/k/a Progeon Limited <br><br> Defendant. | Case No. 07-CV-4647 (GEL) <br><br> **ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant Infosys BPO Limited, by and through its undersigned attorneys, moves this Court before the Honorable Gerard E. Lynch, at the United States Courthouse, 500 Pearl Street, Courtroom 6B, New York, New York, for an order granting partial judgment on the pleadings by dismissing the first and second counts in Plaintiff The Buying Triangle's ("Plaintiff") Complaint pursuant to Fed. R. Civ. P. 12(b)(6) with prejudice, striking portions of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(f), and for such other relief as the Court deems proper. This Motion is supported by Defendant's Memorandum of Law filed concurrently herewith and all pleadings and papers filed herein.

WHEREFORE, for the reasons more fully discussed in its Memorandum of Law, Defendant Infosys BPO Limited respectfully requests that the Court dismiss the first and second

claims in the Complaint because each fails to state a claim as a matter of law, and that the Court strike portions of Plaintiff's Complaint as immaterial and irrelevant.

Respectfully submitted this 16th day of July, 2007.

WILSON SONSINI GOODRICH & ROSATI, PC.

By: /s/ Marina C. Tsatalis
Marina C. Tsatalis (MT-6494)

Attorneys for Defendant
Infosys BPO Limited
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022
(212) 999-5800
Fax (212) 999-5899
Email: mtsatalis@wsgr.com

TO:

Jeffrey A. Udell (JU-0411)
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower,
65 East 55th Street
New York, New York 10022