UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| THE BUYING TRIANGLE, LLC,<br><br>                Plaintiff,<br>-against-<br><br>INFOSYS BPO LIMITED, f/k/a Progeon Limited<br><br>                Defendant. | Case No. 07-CV-4647 (GEL)<br><br>**ORDER:**<br><br>**GRANTING DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT** |

## **ORDER**

Upon Defendant's Motion, dated July 16, 2007, seeking to dismiss Plaintiff's first and second claims for breach of contract, and motion to strike portions of Plaintiff's Complaint, the Court, having considered the papers filed in support of such motion, any opposition thereto, any oral argument by the parties, and for good cause shown;

HEREBY ORDERS THAT:

1. Defendant's motion to dismiss Plaintiff's first claim for "Breach of Contract – Specific Performance" and Plaintiff's second claim for "Breach of Contract – Damages" is GRANTED;

2. Plaintiff's references to the FTP server in the Complaint, including, but not limited to, Paragraphs 14, 15, and 21 through 25 in their entirety, are STRICKEN.

IT IS SO ORDERED:

                                              UNITED STATES DISTRICT JUDGE,

                                              DATED:_____