Marina C. Tsatalis (MT-6494)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th floor
New York, NY 10019-6022
Tel.: (212) 999-5800
Fax: (212) 999-5899
E-mail: mtsatalis@wsgr.com

Attorneys for Defendant
INFOSYS BPO LIMITED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BUYING TRIANGLE, LLC,                    ) <br> ) <br> Plaintiff,            ) <br> ) <br> -against-            ) <br> ) <br> INFOSYS BPO LIMITED, f/k/a Progeon Limited, ) <br> ) <br> Defendant.           ) <br> ) | Case No. 07-CV-4647 (GEL) <br><br> ECF Case <br><br> **RULE 7.1 DISCLOSURE STATEMENT OF INFOSYS BPO LIMITED** |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Infosys BPO Limited hereby discloses that it is a wholly-owned subsidiary of Infosys Technologies Limited ("Infosys"), which is a publicly traded company. There are no publicly held corporations that own 10% or more of Infosys' stock.

Dated: July 16, 2007                               WILSON SONSINI GOODRICH & ROSATI, PC.

By:   /s/ Marina C. Tsatalis
      Marina C. Tsatalis (MT-6494)

      Attorneys for Defendant
      Infosys BPO Limited
      1301 Avenue of the Americas
      40th Floor
      New York, NY 10019-6022
      (212) 999-5800
      Fax (212) 999-5899
      Email: mtsatalis@wsgr.com