Marina C. Tsatalis (MT-3069)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th floor
New York, NY 10019-6022
Tel.: (212) 999-5800
Fax: (212) 999-5899
E-mail: mtsatalis@wsgr.com

*Attorneys for Defendant*
*INFOSYS BPO LIMITED, f/k/a Progeon Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BUYING TRIANGLE, LLC,

                Plaintiff,

-against-

INFOSYS BPO LIMITED, f/k/a Progeon Limited,

                Defendant.

Case No. 07-CV-4647

ECF Case

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF ULRICO S. ROSALES**

PLEASE TAKE NOTICE that upon the annexed Declaration of Marina C. Tsatalis and all exhibits appended thereto, Defendant INFOSYS BPO LIMITED, f/k/a Progeon Limited, will move this Court before The Honorable Gerard E. Lynch at the United States Courthouse for the Southern District of New York, for an order pursuant to Local Civil Rule 1.3 admitting Ulrico S. Rosales, a Partner with the law firm of Wilson Sonsini Goodrich & Rosati and a member of good standing of the Bars of the State of California and the State of Colorado, to appear *pro hac vice* in the above-captioned action on

/ / /

/ / /

/ / /

behalf of Defendant INFOSYS BPO LIMITED. There are no pending disciplinary proceedings against Mr. Rosales in any state or federal court.

Date: New York, New York
     July __9__, 2007

                                 /s/ Marina C. Tsatalis
                                 Marina C. Tsatalis (MT-3069)
                                 WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation
                                 1301 Avenue of the Americas
                                 40th Floor
                                 New York, NY 10019-6022
                                 (212) 999-5800
                                 Fax (212) 999-5899

                                 *Attorneys for Defendant*
                                 *Infosys BPO Limited, f/k/a Progeon Limited*

Marina C. Tsatalis (MT-3069)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th floor
New York, NY 10019-6022
Tel.: (212) 999-5800
Fax: (212) 999-5899
E-mail: mtsatalis@wsgr.com

*Attorneys for Defendant*
*INFOSYS BPO LIMITED, f/k/a Progeon Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BUYING TRIANGLE, LLC,<br><br>                Plaintiff,<br><br>-against-<br><br>INFOSYS BPO LIMITED, f/k/a Progeon Limited,<br><br>                Defendant. | Case No. 07-CV-4647<br><br>ECF Case<br><br>**DECLARATION OF MARINA C. TSATALIS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF ULRICO S. ROSALES** |

      I, Marina C. Tsatalis, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1.    I am a Partner of the law firm of Wilson Sonsini Goodrich & Rosati, attorneys for Defendant INFOSYS BPO LIMITED, f/k/a Progeon Limited, in the above-captioned action. I was admitted to practice before this court on November 16, 2006.

      2.    I submit this declaration in support of INFOSYS BPO LIMITED'S motion for the *pro hac vice* admission of Ulrico S. Rosales.

      3.    Mr. Rosales is a Partner of the firm of Wilson Sonsini Goodrich & Rosati in Palo Alto, California, and is a member in good standing of the bars of the State of California and the State of Colorado.

4.  Attached hereto as Exhibits A and B are Certificates of Good Standing for Mr. Rosales from the State bars of California and Colorado, issued within thirty days of this Declaration.

5.  INFOSYS BPO LIMITED respectfully requests that Ulrico S. Rosales be granted admission *pro hac vice* in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Date: New York, New York
July __9__, 2007

*/s/ Marina C. Tsatalis*
Marina C. Tsatalis (MT-3069)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022
(212) 999-5800
Fax (212) 999-5899

*Attorneys for Defendant*
*INFOSYS BPO LIMITED, f/k/a Progeon Limited*

3143301v1

-2-

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

June 27, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ULRICO SAMUEL ROSALES, #139809 was admitted to the practice of law in this state by the Supreme Court of California on June 6, 1989; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, __Susan J. Festag__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__ULRICO S. ROSALES__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __31st__ day of __May__ A.D. __1984__ and that at the date hereof the said __ULRICO S. ROSALES__ is in good standing at this Bar. *Attorney is inactive commencing 3/7/2007*

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this

__25th__ day of __June__ A.D. __2007__

Marina C. Tsatalis (MT-3069)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th floor
New York, NY 10019-6022
Tel.: (212) 999-5800
Fax: (212) 999-5899
E-mail: mtsatalis@wsgr.com

*Attorneys for Defendant*
*INFOSYS BPO LIMITED, f/k/a Progeon Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BUYING TRIANGLE, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> INFOSYS BPO LIMITED, f/k/a Progeon Limited, <br><br> Defendant. | Case No. 07-CV-4647 <br><br> ECF Case <br><br> **ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ULRICO S. ROSALES** |

THIS MATTER having been brought before the Court by Defendant INFOSYS BPO LIMITED, f/k/a Progeon Limited, for an order pursuant to Local Civil Rule 1.3 admitting Ulrico S. Rosales to appear and participate *pro hac vice* in this action on behalf of Defendant INFOSYS BPO LIMITED and for good cause shown:

IT IS on this _____ day of _____, 2007;

ORDERED that Ulrico S. Rosales, being a member in good standing of the bars of the State of California and the State of Colorado, be permitted to appear *pro hac vice* in the above-captioned matter.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

                                                                                                        _____
                                                                                                        Honorable Gerard E. Lynch
                                                                                                         United States District Judge

3148661v1

Marina C. Tsatalis (MT-3069)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th floor
New York, NY 10019-6022
Tel.: (212) 999-5800
Fax: (212) 999-5899
E-mail: mtsatalis@wsgr.com

*Attorneys for Defendant*
*INFOSYS BPO LIMITED, f/k/a Progeon Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BUYING TRIANGLE, LLC,<br><br>                 Plaintiff,<br><br>-against-<br><br>INFOSYS BPO LIMITED, f/k/a Progeon Limited,<br><br>                 Defendant. | Case No. 07-CV-4647<br><br>ECF Case<br><br>**CERTIFICATE OF SERVICE** |

      The undersigned, a member in good standing of this Court, hereby certifies that on July _10_, 2007, she did personally cause to be served a copy of the foregoing Notice of Motion For Admission *Pro Hac Vice* of Ulrico S. Rosales, Declaration of Marina C. Tsatalis in Support of Motion For Admission *Pro Hac Vice* of Ulrico S. Rosales, and Proposed Order Granting Motion For Admission

/ / /

/ / /

/ / /

/ / /

3148664v1

*Pro Hac Vice* of Ulrico S. Rosales on the following via overnight mail:

>Jeffrey A. Udell, Esq.
>Olshan Grundman Frome Rosenzweig & Wolosky LLP
>Park Avenue Tower
>65 East 55th Street
>New York, New York  10022

DATE: July **10**, 2007

_____
Marina C. Tsatalis (MT-3069)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022
(212) 999-5800
Fax (212) 999-5899

*Attorneys for Defendant*
*INFOSYS BPO LIMITED, f/k/a Progeon Limited*

3148677v1

-2-