Marina C. Tsatalis (MT-3069)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th floor
New York, NY 10019-6022
Tel.: (212) 999-5800
Fax: (212) 999-5899
E-mail: mtsatalis@wsgr.com

*Attorneys for Defendant*
*INFOSYS BPO LIMITED, f/k/a Progeon Limited*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BUYING TRIANGLE, LLC,

        Plaintiff,

-against-

INFOSYS BPO LIMITED, f/k/a Progeon Limited,

        Defendant.

Case No. 07-CV-4647

ECF Case

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ULRICO S. ROSALES**

THIS MATTER having been brought before the Court by Defendant INFOSYS BPO LIMITED, f/k/a Progeon Limited, for an order pursuant to Local Civil Rule 1.3 admitting Ulrico S. Rosales to appear and participate *pro hac vice* in this action on behalf of Defendant INFOSYS BPO LIMITED and for good cause shown:

IT IS on this **23d** day of **July**, 2007;

ORDERED that Ulrico S. Rosales, being a member in good standing of the bars of the State of California and the State of Colorado, be permitted to appear *pro hac vice* in the above-captioned matter.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

                                            Honorable Gerard E. Lynch
                                            United States District Judge

3148661v1