LYNCH, J

Jeffrey A. Udell (JU0411)
OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower,
65 East 55th Street
New York, New York 10022
(212) 451-2300
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/07

---

THE BUYING TRIANGLE, LLC,

        Plaintiff,

-against-

INFOSYS BPO LIMITED, f/k/a Progeon Limited,

        Defendant.

**ECF Case**

No. 07 Civ. 4647 (GEL)

**STIPULATION AND ORDER**

---

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties to this action that the time within which Plaintiff, The Buying Triangle, LLC, must answer, move, or otherwise respond to the Motion to Dismiss and Counterclaims filed by Defendant Infosys BPO Limited is extended until: August 13, 2007.

Dated: July 26, 2007

                         OLSHAN GRUNDMAN FROME
                         ROSENZWEIG & WOLOSKY LLP

                         By: _____
                             Jeffrey A. Udell (JU0411)
                             *Attorneys for Plaintiff*
                         Park Avenue Tower
                         65 East 55th Street
                         New York, New York 10022
                         (212) 451-2300

547573-1

Dated July 26, 2007

          WILSON SONSINI GOODRICH & ROSATI

By: _____
    Marina C. Tsatalis (MT-6494)
    *Attorneys for Defendant*
    1301 Avenue of the Americas, 40th Floor
    New York, New York 10019
    (212) 999-5800

SO ORDERED:

Date: July 27, 2007

_____
Gerard E. Lynch, U.S.D.J.

2