Jeffrey A. Udell (JU0411)
OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower,
65 East 55th Street
New York, New York 10022
(212) 451-2300
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE BUYING TRIANGLE, LLC, | ECF Case |
| Plaintiff, | No. 07 Civ. 4647 (GEL) |
| -against- | |
| INFOSYS BPO LIMITED, f/k/a Progeon Limited, | **STIPULATION AND ORDER** |
| Defendant. | |
| INFOSYS BPO LIMITED, | |
| Counter-Complainant, | |
| -against- | |
| THE BUYING TRIANGLE, LLC, | |
| Counter-Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties to this action that on or before Monday, August 20, 2007: (1) Defendant and Counter-Complainant Infosys BPO Limited ("Infosys") will file its Answer to the Complaint; and (2) Plaintiff and Counter-Defendant The Buying Triangle, LLC will file its Reply to the Counterclaims filed by Infosys.

549330-2

Dated: August 13, 2007

                        OLSHAN GRUNDMAN FROME
                        ROSENZWEIG & WOLOSKY LLP

By: _____
    Jeffrey A. Udell (JU0411)
    *Attorneys for Plaintiff*
    Park Avenue Tower
    65 East 55th Street
    New York, New York 10022
    (212) 451-2300


Dated August 13, 2007

                        WILSON SONSINI GOODRICH & ROSATI

By: _____
    Ulrico Rosales (*Pro Hac Vice*)
    Marina C. Tsatalis (MT-6494)
    *Attorneys for Defendant and Counter-*
    *Complainant INFOSYS BPO LIMITED*
    1301 Avenue of the Americas, 40th Floor
    New York, New York 10019
    (212) 999-5800


SO ORDERED:

Date: August 15, 2007

                        _____
                        Gerard E. Lynch, U.S.D.J.

549330-2