LYM4,5.

Ulrico S. Rosales, Esq. (*Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas
40th floor
New York, NY 10019-6022

Attorneys for Defendant & Cross-Complainant
Infosys BPO LIMITED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BUYING TRIANGLE, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> INFOSYS BPO LIMITED, f/k/a Progeon Limited, <br><br> Defendant. <br><br> INFOSYS BPO LIMITED, <br><br> Counter-Complainant, <br><br> -against- <br><br> THE BUYING TRIANGLE, LLC, <br><br> Counter-Defendant. | ECF Case <br><br> No. 07 Civ. 4647 (GEL) <br><br> **STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties to this action that on or before Monday, August 27, 2007: (1) Defendant and Counter-Complainant Infosys BPO Limited ("Infosys") will file its Answer to the Complaint; and (2) Plaintiff and Counter-Defendant The Buying Triangle, LLC will file its Reply to the Counterclaims filed by Infosys.

549330-2

Dated: August 20, 2007

                            OLSHAN GRUNDMAN FROME
                            ROSENZWEIG & WOLOSKY LLP

                            By: _____
                            Jeffrey A. Udell (JU0411)
                            *Attorneys for Plaintiff*
                            Park Avenue Tower
                            65 East 55th Street
                            New York, New York 10022
                            (212) 451-2300

Dated August 20, 2007

                            WILSON SONSINI GOODRICH & ROSATI

                            By: _____
                            Ulrico Rosales (*Pro Hac Vice*)
                            *Attorneys for Defendant and Counter-*
                            *Complainant INFOSYS BPO LIMITED*
                            1301 Avenue of the Americas, 40th Floor
                            New York, New York 10019
                            (212) 999-5800

SO ORDERED:

Date: August 23, 2007

                            _____
                            Gerard E. Lynch, U.S.D.J.