

Marina C. Tsatalis (MT-6494)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th floor
New York, NY 10019-6022
Tel.: (212) 999-5800
Fax: (212) 999-5899
E-mail: mtsatalis@wsgr.com

*Attorneys for Defendant and Counter-Complainant*
*INFOSYS BPO LIMITED*

AUG 30 2007





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BUYING TRIANGLE, LLC,

Plaintiff,

-against-

INFOSYS BPO LIMITED, f/k/a Progeon Limited,

Defendant.

INFOSYS BPO LIMITED,

Counter-Complainant,

-against-

THE BUYING TRIANGLE, LLC,

Counter-Defendant.

Case No. 07-CV-4647

ECF Case

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF AMY K. TODD**

PLEASE TAKE NOTICE that upon the annexed Declaration of Marina C. Tsatalis and all exhibits appended thereto, Defendant and Counter-Complainant INFOSYS BPO LIMITED will move this Court before The Honorable Gerard E. Lynch at the United States Courthouse for the Southern District of New York, for an order pursuant to Local Civil Rule 1.3 admitting Amy K. Todd, an Associate with the law firm of Wilson Sonsini Goodrich & Rosati and a member of good standing of the

Bars of the State of California and the State of Arizona, to appear *pro hac vice* in the above-captioned action on behalf of Defendant and Counter-Complainant INFOSYS BPO LIMITED. There are no pending disciplinary proceedings against Ms. Todd in any state or federal court.

Date: New York, New York
August 30, 2007

Marina C. Tsatalis (MT-6494)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022
(212) 999-5800
Fax (212) 999-5899

*Attorneys for Defendant and Counter-Complainant*
*Infosys BPO Limited*

3148636v1

Marina C. Tsatalis (MT-6494)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th floor
New York, NY 10019-6022
Tel.: (212) 999-5800
Fax: (212) 999-5899
E-mail: mtsatalis@wsgr.com

*Attorneys for Defendant and Counter-Complainant*
*INFOSYS BPO LIMITED*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BUYING TRIANGLE, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>INFOSYS BPO LIMITED, f/k/a Progeon Limited,<br><br>Defendant. | Case No. 07-CV-4647<br><br>ECF Case<br><br>**DECLARATION OF MARINA C. TSATALIS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF AMY K. TODD** |
| INFOSYS BPO LIMITED,<br><br>Counter-Complainant,<br><br>-against-<br><br>THE BUYING TRIANGLE, LLC,<br><br>Counter-Defendant. | |

I, Marina C. Tsatalis, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a Partner of the law firm of Wilson Sonsini Goodrich & Rosati, attorneys for Defendant and Counter-Complainant INFOSYS BPO LIMITED in the above-captioned action. I was admitted to practice before this court on November 16, 2006.

2. I submit this declaration in support of INFOSYS BPO LIMITED'S motion for the *pro hac vice* admission of Amy K. Todd.

3. Ms. Todd is an Associate of the firm of Wilson Sonsini Goodrich & Rosati in New York, New York, and is a member in good standing of the bars of the State of California and the State of Arizona.

4. Attached hereto as Exhibits A and B are Certificates of Good Standing for Ms. Todd from the State bars of California and Arizona, issued within thirty days of this Declaration.

5. INFOSYS BPO LIMITED respectfully requests that Amy K. Todd be granted admission *pro hac vice* in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Date: New York, New York
August 30, 2007

Marina C. Tsatalis (MT-6494)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022
(212) 999-5800
Fax (212) 999-5899

*Attorneys for Defendant and Counter-Complainant*
*INFOSYS BPO LIMITED*

3143301v1




180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

August 22, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, AMY KRISTA TODD, #208581 was admitted to the practice of law in this state by the Supreme Court of California on November 20, 2000; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# CERTIFICATE OF GOOD STANDING ISSUED BY THE DISCIPLINARY CLERK FOR AND ON BEHALF OF THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **AMY KRISTA TODD,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 25, 1999, and is now, as of the date of this Certificate, an inactive member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 9th day of August, 2007.

Lauren E. Eiler
Disciplinary Clerk

Marina C. Tsatalis (MT-6494)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th floor
New York, NY 10019-6022
Tel.: (212) 999-5800
Fax: (212) 999-5899
E-mail: mtsatalis@wsgr.com

*Attorneys for Defendant and Counter-Complainant*
*INFOSYS BPO LIMITED*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BUYING TRIANGLE, LLC,

Plaintiff,

-against-

INFOSYS BPO LIMITED, f/k/a Progeon Limited,

Defendant.

INFOSYS BPO LIMITED,

Counter-Complainant,

-against-

THE BUYING TRIANGLE, LLC,

Counter-Defendant.

Case No. 07-CV-4647

ECF Case

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF AMY K. TODD**

THIS MATTER having been brought before the Court by Defendant and Counter-Complainant INFOSYS BPO LIMITED for an order pursuant to Local Civil Rule 1.3 admitting Amy K. Todd to appear and participate *pro hac vice* in this action on behalf of Defendant and Counter-Complainant INFOSYS BPO LIMITED and for good cause shown:

IT IS on this __________ day of ________, 2007;

ORDERED that Amy K. Todd, being a member in good standing of the bars of the State of California and the State of Arizona, be permitted to appear *pro hac vice* in the above-captioned matter.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

____________________________
Honorable Gerard E. Lynch
United States District Judge

Marina C. Tsatalis (MT-6494)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th floor
New York, NY 10019-6022
Tel.: (212) 999-5800
Fax: (212) 999-5899
E-mail: mtsatalis@wsgr.com

*Attorneys for Defendant and Counter-Complainant*
*INFOSYS BPO LIMITED*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BUYING TRIANGLE, LLC,

Plaintiff,

-against-

INFOSYS BPO LIMITED, f/k/a Progeon Limited,

Defendant.

INFOSYS BPO LIMITED,

Counter-Complainant,

-against-

THE BUYING TRIANGLE, LLC,

Counter-Defendant.

Case No. 07-CV-4647

ECF Case

**CERTIFICATE OF SERVICE**

The undersigned, a member in good standing of this Court, hereby certifies that on August 30, 2007, she did personally cause to be served a copy of the foregoing Notice of Motion For Admission *Pro Hac Vice* of Amy K. Todd, Declaration of Marina C. Tsatalis in Support of Motion For Admission *Pro Hac Vice* of Amy K. Todd, and Proposed Order Granting Motion For Admission

*Pro Hac Vice* of Amy K. Todd on the following via overnight mail:

Jeffrey A. Udell, Esq.
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022

DATE: August 30, 2007

Marina C. Tsatalis (MT-6494)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022
(212) 999-5800
Fax (212) 999-5899

*Attorneys for Defendant and Counter-Complainant*
*INFOSYS BPO LIMITED*