UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE BUYING TRIANGLE, LLC,

      Plaintiff,

    -against-

INFOSYS BPO LIMITED,

      Defendant.

------------------------------------------------------------x

07 Civ. 4647 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    On July 16, 2007, the defendant in this action filed a partial motion to dismiss. (Doc. #5.) For the reasons discussed at the conference held on August 10, 2007, defendant's motion is hereby denied. The Clerk of the Court is respectfully directed to close the motion for all internal statistical purposes.

SO ORDERED.

Dated: New York, New York
      September 19, 2007

                                           GERARD E. LYNCH
                                           United States District Judge