Marina C. Tsatalis (MT-6494)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th floor
New York, NY 10019-6022
Tel.: (212) 999-5800
Fax: (212) 999-5899
E-mail: mtsatalis@wsgr.com

*Attorneys for Defendant and Counter-Complainant*
*INFOSYS BPO LIMITED*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BUYING TRIANGLE, LLC,  <br>           Plaintiff,  <br>    -against-  <br>INFOSYS BPO LIMITED, f/k/a Progeon Limited,  <br>           Defendant.  <br>_____  <br>INFOSYS BPO LIMITED,  <br>           Counter-Complainant,  <br>    -against-  <br>THE BUYING TRIANGLE, LLC,  <br>           Counter-Defendant. | Case No. 07-CV-4647  <br>  <br>ECF Case  <br>  <br>**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF AMY K. TODD** |

THIS MATTER having been brought before the Court by Defendant and Counter-Complainant INFOSYS BPO LIMITED for an order pursuant to Local Civil Rule 1.3 admitting Amy K. Todd to appear and participate *pro hac vice* in this action on behalf of Defendant and Counter-Complainant INFOSYS BPO LIMITED and for good cause shown:

3148654v1

IT IS on this _____10th_____ day of __Sept.__, 2007;

ORDERED that Amy K. Todd, being a member in good standing of the bars of the State of California and the State of Arizona, be permitted to appear *pro hac vice* in the above-captioned matter.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

_____
Honorable Gerard E. Lynch
United States District Judge

3148636v1

-2-