UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE BUYING TRIANGLE, LLC,

                         Plaintiff,

           v.

INFOSYS BPO LTD.,

                        Defendant.

------------------------------------------------------------x

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 4647(GEL) (THK)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 12/3/07]

       The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

       If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

       Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

       Particular Motion:_____

       All such motions: ___

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:     New York, New York
               December 3, 2007

                                              /s/ Gerard E. Lynch
                                              GERARD E. LYNCH
                                              United States District Judge