```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC #: _____
                                              DATE FILED: 2/1/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BUYING TRIANGLE, LLC,<br><br>                Plaintiff,<br><br>- against -<br><br>INFOSYS BPO LIMITED, f/k/a Progeon Limited,<br><br>                Defendant.<br><br>INFOSYS BPO LIMITED,<br><br>                Counter-Complainant,<br><br>- against -<br><br>THE BUYING TRIANGLE, LLC,<br><br>                Counter-Defendant. | ECF Case<br><br>Case No. 07-CV-4647 GEL<br><br>**STIPULATION OF DISMISSAL**<br><br>**WITHOUT PREJUDICE** |

    IT IS HEREBY STIPULATED by and between Plaintiff and Counter-Defendant The Buying Triangle, LLC ("Plaintiff"), and Defendant and Counter-Complainant Infosys BPO Limited, that Plaintiff's first, third, and fourth claims for relief asserted in its Complaint (breach of contract - specific performance, theft of trade secrets, and unfair competition, respectively) are dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

    The parties shall bear their respective costs and attorney's fees.

Date: January 29, 2008

*[signature]*
Ulrico S. Rosales (*Pro Hac Vice*)
Amy K. Todd (*Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, California 94304-1050
650.493.9300
Fax 650.493.6811

Date: January 30, 2008

*[signature]*
Jeffrey A. Udell (JU-0411)
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
Tel 212.451.2238
Fax 212.451.2222

*[signature]*
1/31/08

-2-