USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BUYING TRIANGLE, LLC, <br><br> Plaintiff, <br><br> - against - <br><br><br> INFOSYS BPO LIMITED, f/k/a Progeon Limited, <br><br> Defendant. | ECF Case <br><br> Case No. 07-CV-4647 GEL <br><br> **STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |
| INFOSYS BPO LIMITED, <br><br> Counter-Complainant, <br><br> - against - <br><br> THE BUYING TRIANGLE, LLC, <br><br> Counter-Defendant. | |

   IT IS HEREBY STIPULATED by and between Plaintiff and Counter-Defendant The Buying Triangle, LLC ("Plaintiff"), and Defendant and Counter-Complainant Infosys BPO Limited ("Infosys BPO"), that each and every claim and counterclaim asserted in the above-noted action is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Plaintiff and Infosys BPO further stipulate that the previously-filed stipulation -- dismissing without prejudice the first, third, and fourth claims asserted in the Complaint -- is hereby amended to dismiss each of those claims <u>with</u> prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

   The parties shall bear their respective costs and attorney's fees.

Date: February 6, 2008

*[signature: Amy K. Todd]*
Ulrico S. Rosales (*Pro Hac Vice*)
Amy K. Todd (*Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, California 94304-1050
650.493.9300
Fax 650.493.6811

Date: ~~January~~ February 4, 2008

*[signature: Jeffrey A. Udell]*
Jeffrey A. Udell (JU-0411)
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
Tel 212.451.2238
Fax 212.451.2222

SO ORDERED:

*[signature]*
2/7/08

-2-